FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEVIN HARMON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF GLENDALE, et al., <br><br> Defendants. | No. CV 07-398-FMC (AGR) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Judgment is entered for all Defendants.

DATED: June 10, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE